UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 10-1070 JVS (MLGx) | Date | July 21, 2011 |
| Title | Serious Pimp Inc. V. Greg Stefanik et al. | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

Not Present      Not Present

**Proceedings:**    (In Chambers)    <u>Order to Show Cause why Sanctions should not be Issued for Failure to Comply with Court's Order</u>

       On March 23, 2011, the Court stayed this action pending Bankruptcy proceedings. The Court removed the matter from the Court's active caseload on that date and ordered "counsel to file a joint report of the status not later than July 15, 2011, and every 120 days thereafter." As of today the Court has not received a joint status report.

       The Court hereby orders the parties to show cause (OSC) , in writing, not later than July 28, 2011, why sanctions should not be issued for failure to file the required joint status report. The Court will consider filing of the joint status report, on or before July 28, 2011 as an appropriate response to this OSC.

       :    00

Initials of Preparer    kjt