Vito Torchia, Jr. (SBN 244687)
vjt@brookstonelaw.com
Richard Sturdevant (SBN 269088)
rsturdevant@brookstonelaw.com
**BROOKSTONE LAW, PC**
4000 MacArthur Blvd., Suite 1110
Newport Beach, California 92660
Telephone: (800) 946-8655
Facsimile: (866) 257-6172

Attorneys for Plaintiff
SERIOUS PIMP, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERIOUS PIMP, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> GREG STEFANIK, an individual; OC IMPORTS d/b/a LOWRIDERSHADESONLINE; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 8:10-cv-01070-JVS-MLG <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE; AND ORDER THEREON** |

The parties, Plaintiff Serious Pimp, Inc. and Defendant Greg Stefanik and Defendant OC Imports d/b/a Lowridershadesonline, through their respective attorneys, hereby stipulate as follows:

1. Plaintiff's entire complaint against the defendants, Greg Stefanik, as captioned above; and OC Imports d/b/a Lowridershadesonline, as captioned above, including all causes of action alleged therein, is hereby dismissed with prejudice; and

- 1 -
**STIPULATION FOR DISMISSAL WITH PREJUDICE; AND ORDER THEREON**

2.   All parties shall bear their own attorneys' fees and costs.

SO STIPULATED:

Dated:  August 17, 2012               Respectfully submitted,
                                      **BROOKSTONE LAW**


                                      By: _____
                                          Vito Torchia, Jr.
                                          Attorneys for Plaintiff,
                                          SERIOUS PIMP, INC.


Dated:  August 17, 2012               Respectfully submitted,
                                      **AARONSON & AARONSON**


                                      By: _____
                                          Arthur Aaronson
                                          Attorneys for Defendants,
                                          Greg Stefanik and OC Imports d/b/a
                                          Lowridershadesonline

IT IS SO ORDERED.

DATED: August 17, 2012                _____
                                      THE HONORABLE JAMES V. SELNA
                                      Judge of the United States District Court
                                      for the Central District of California

Submitted by:
**BROOKSTONE LAW**

By: _____
    Vito Torchia, Jr.
    Attorneys for Plaintiff,
    SERIOUS PIMP, INC.

- 2 -

**STIPULATION FOR DISMISSAL WITH PREJUDICE; AND ORDER THEREON**